UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

**TERRY LYNN WILSON**                                                 **PLAINTIFF/APPELLANT**

v.                                                               **CIVIL ACTION NO. 1:07CV-P34-M**

**UNITED STATES OF AMERICA**                        **DEFENDANT/APPELLEE**

**MEMORANDUM AND ORDER**

On October 23, 2007, the Sixth Circuit Court of Appeals granted Plaintiff/Appellant Terry Lynn Wilson's motion to proceed on appeal *in forma pauperis* and instructed this Court to establish Wilson's payment schedule under 28 U.S.C. § 1915(b). Consequently, by Order entered November 5, 2007, this Court set the payment schedule in accordance with § 1915(b) and directed the Federal Correctional Institution-Bennettsville (1) to collect from Wilson's prison trust account an initial partial filing fee in the amount of $15.39 and forward the amount to the Clerk of the Court; and (2) thereafter, to collect from Wilson's prison trust account the $439.61 balance of the filing fee by collecting monthly payments from his prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to his trust account and forwarding payments to the Clerk of the Court each time the amount in the account exceeds $10.00. Shortly thereafter, Wilson filed a letter asking the Court to credit a promissory note (which he attached to his letter) as satisfaction of the $455.00 debt owed for payment of the appellate filing fee. Finding no authority for Wilson's request, the Court denied the request by Order entered December 5, 2007.

Now before the Court is Wilson's motion for reconsideration of this Court's Order setting the payment schedule under 28 U.S.C. § 1915(b). Wilson states "that he is willing to withdraw the appeal if in fact this Court vacates and rescinds the Order to pay filing fees for appeal in case number 07-5599" (emphasis omitted).

Wilson's request will be denied for two reasons. First, the Court entered its Order setting the payment schedule in accordance with a mandate from the Sixth Circuit Court of Appeals. Second, "[s]ection 1915(b)(1) compels the payment of the respective fees at the moment the complaint or notice of appeal is filed." *McGore v. Wrigglesworth*, 114 F.3d 601, 607 (6th Cir. 1997) (citation omitted). "Any subsequent dismissal of the case does not negate this financial responsibility." *Id.* (citations omitted). "Even a voluntary dismissal of a complaint or an appeal does not eliminate a prisoner's obligation to pay the required filing fees." *Id.*

As the Court is without authority to vacate its order directing Wilson's payment of the appellate filing fee in installments, **IT IS ORDERED** that his motion for reconsideration (DN 18) is **DENIED**.

**The Court's prior Order entered November 5, 2007, establishing a payment schedule for collection of the appellate filing fee remains in full force and effect.**

Date: January 11, 2008

Joseph H. McKinley, Jr., Judge
United States District Court

cc:  Plaintiff/Appellant Wilson, Reg. No. 07715-033
4414.005

2